

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Sixto Daniel Torres,

Vs. No. 11-24-00165-CR

The State of Texas,

\* From the 104th District Court
of Taylor County,
Trial Court No. 23433-B.

\* December 4, 2025

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.